**United States District Court**
For the Northern District of California

1

2

3

4

5            IN THE UNITED STATES DISTRICT COURT

6       FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   J & J SPORTS PRODUCTIONS, INC.,       No.  CV 14-05131 JCS

9           Plaintiff,         **ORDER**

10    v.

11   LOPEZ,

12           Defendant.

13

14   GOOD CAUSE APPEARING THEREFOR,

15     IT IS ORDERED that this case is reassigned to the **Honorable William H. Alsup** in the **San**

16 **Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

17 bear the **initials WHA** immediately after the case number. All dates presently scheduled are vacated

18 and motions should be renoticed for hearing before the judge to whom the case has been reassigned.

19 Briefing schedules, including ADR and other deadlines remain unchanged. *See* Civil L.R. 7-7(d).

20 Matters for which a magistrate judge has already issued a report and recommendation shall not be

21 rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in

22 accordance with Fed. R. Civ. P. 72(b).

23

24                   FOR THE EXECUTIVE COMMITTEE:

25

26   Dated:  December 12, 2014

27                   Richard W. Wieking
                         Clerk of Court

28

A true and correct copy of this order has been served by mail upon any pro se parties.