1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
7  J & J Sports Productions, Inc.

8  Craig C. Daniel, SBN 212588
   Jayson Singh Sohi, SBN 293176
9  AXEL LAW PARTNERS, LLP
   4 Embarcadero Center, 14th Floor
10 San Francisco, CA 94111

11 Tel:  415-704-8800
   Fax:  415-704-8804
12 cdaniel@az-law.com

13 Attorneys for Defendant
   Jose O. Lopez
14

15              UNITED STATES DISTRICT COURT
16            NORTHERN DISTRICT OF CALIFORNIA
                  SAN FRANCISCO DIVISION
17
   J & J SPORTS PRODUCTIONS, INC.,    | CASE NO. 3:14-cv-05131-HSG
18
             Plaintiff,               |
19
          v.                          | ORDER
20
21 JOSE O. LOPEZ,                      |
22           Defendant.                |
23

24                       __ORDER__

25
26      It is hereby ordered that the Case Management Conference in civil action number 3:14-cv-05131-

27 HSG styled *J & J Sports Productions, Inc. v. Lopez,* is hereby continued from 2:00 PM, Wednesday,

28 March 18, 2015 to April 28, 2015.
   .

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

Dated: <u>March 16, 2015</u>

**THE HONORABLE HAYWOOD S. GILLIAM, JR.**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 16, 2015, I caused to serve the following documents entitled:

**ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Craig C. Daniel, Esq.                        Attorneys for Defendant
Jayson Singh Sohi, Esq.                    Jose O. Lopez
AXCEL LAW PARTNERS, LLP
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on March 16, 2015, at South Pasadena, California.

Dated:  March 16, 2015                        */s/ Vanessa Morales*
                                                            **VANESSA MORALES**