Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 3:14-cv-05131-HSG |
| Plaintiff, | |
| | ORDER |
| vs. | |
| JOSE O. LOPEZ, | |
| Defendant, | |

### ORDER

It is hereby ordered that Thomas P. Riley, Plaintiff's lead trial counsel in civil action number 3:14-cv-05131-HSG styled *J & J Sports Productions, Inc. v. Lopez,* is hereby granted permission to appear telephonically at the Initial Case Management Conference scheduled for Tuesday, April 28, 2015 at 2:00 P.M.

Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED**:

*/s/ Haywood S. Gilliam Jr.*                                       Dated:  April 27, 2015
**THE HONORABLE HAYWOOD S. GILLIAM, JR.**
United States District Court
Northern District of California

Page 1

# **PROOF OF SERVICE (SERVICE BY MAIL)**

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 27, 2015, I caused to serve the following documents entitled:

**ORDER (Proposed)**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

| | |
|---|---|
| Craig C. Daniel, Esq. | Attorneys for Defendant |
| Jayson Singh Sohi, Esq. | Jose O. Lopez |
| AXCEL LAW PARTNERS, LLP | |
| 4 Embarcadero Center, 14th Floor | |
| San Francisco, CA 94111 | |

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 27, 2015, at South Pasadena, California.

Dated: April 27, 2015                    */s/ Vanessa Morales*
                                          VANESSA MORALES