UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

  v.

JOSE O. LOPEZ,

    Defendant.

Case No. 14-cv-05131-HSG

**SCHEDULING ORDER**

A case management conference was held on April 28, 2015. Defense counsel advised the Court that Defendant waives his right to jury trial. The Court refers this case to mediation and sets the following dates:

| Event | Date |
| --- | --- |
| Deadline to Amend Pleadings | July 1, 2015 |
| Deadline to Serve Initial Expert Disclosures | August 15, 2015 |
| Deadline to Serve Rebuttal Expert Disclosures | September 4, 2015 |
| Deadline to Complete Mediation | September 4, 2015 |
| Close of Fact and Expert Discovery | November 6, 2015 |
| Deadline for Hearing on Dispositive Motions | January 7, 2016 |
| Pretrial Conference | March 22, 2016 3:00 pm |
| Bench Trial | April 4, 2016 8:30 am (2 days) |

The parties are further directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 4/29/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge